AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

*un* **SEALED**

United States of America
v.
TYDELL MIMS

_____
*Defendant*

) Case: 1:18-cr-00061
) Assigned To : Judge Leon, Richard J.
) Assign. Date : 3/13/18
) Description: INDICTMENT (B)
) Case Related to: 18-cr-059 (RJL)

## ARREST WARRANT

**FILED**

MAR 1 5 2018

Clerk, U.S. District and
Bankruptcy Courts

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TYDELL MIMS                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States); 18 U.S.C. § 922(a)(1)(A), § 923(a) and § 924(a)(1)(D) (Engaging in the Business of Dealing in Firearms Without a License); 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done) and FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date:   03/13/2018

_____
*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ROBIN M. MERIWEATHER, Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/14/18, and the person was arrested on *(date)* 03/15/18 at *(city and state)* Washington, DC. received |
| Date: 03/15/18 |
| _____ *Arresting officer's signature* Receiving C. Berman 30061 *Printed name and title* |